16473.　MACON, DUBLIN & SAVANNAH RAILROAD CO. *v.*
JORDAN.

BELL, J. This case is controlled by the decision this day rendered in the companion case of *Macon, Dublin & Savannah R. Co. v. Jordan,* ante, 350.
*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED SEPTEMBER 9, 1925.

Action for damages; from city court of Dublin—Judge Bidgood. April 20, 1925.

*John S. Adams, Charles Akerman,* for plaintiff in error.
*Hightower & New,* contra.